# Third District Court of Appeal

## State of Florida

Opinion filed February 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0957
Lower Tribunal No. 18-021546-CA-01
_____

**Citizens Property Insurance Corporation,**
Appellant,

vs.

**Jorge Perez, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Traub Lieberman Straus & Shrewsberry LLP, and C. Ryan Jones and David T. Burr (St. Petersburg), for appellant.

Kula & Associates, P.A., and Elliot B. Kula, and William D. Mueller, for appellees.

Before, FERNANDEZ, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.